**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00330-JLK-KLM

RUDOLPH SANDERSON,

       Plaintiff,

v.

CONSUMER RECOVERY ASSOCIATES, LLC, a Virginia limited liability company,

       Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

     **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay his or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: March 8, 2011.

Respectfully submitted,

s/ David M. Larson_____
David M. Larson, Esq.
405 S. Cascade Avenue, Suite 305
Colorado Springs, Colorado 80903
Telephone: (719) 473-0006
Attorney for the Plaintiff

_s/ Louis Leonard Galvis__
Louis Leonard Galvis, Esq.
Sessions, Fishman, Nathan & Israel, LLC
645 Stonington Lane
Fort Collins, CO 80525
Telephone: (970) 223-4420
Attorney(s) for the Defendant